1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| CHARLES WHITE,<br><br>        Plaintiff,<br><br>    vs.<br><br>RITE OF PASSAGE ADOLESCENT TREATMENT CENTERS AND SCHOOLS, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:13-cv-1871 LJO-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND REMANDING ACTION TO CALAVERAS COUNTY SUPERIOR COURT<br><br>(Doc. 11) |

16
17
18
19

      Defendant Rite of Passage Adolescent Treatment Centers and Schools, Inc. and DOES 1 through 10 ("Defendants") removed this action to federal court pursuant to diversity jurisdiction on November 18, 2013.

20
21
22
23
24
25

      On December 6, 2013, Plaintiff Charles White filed a motion to remand. The matter was referred to United States Magistrate Judge Barbara A. McAuliffe pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.   On February 18, 2014, the Magistrate Judge issued Findings and Recommendations that the Motion be GRANTED and the matter be remanded to the Calaveras County Superior Court for further proceedings.  (Doc. 10). The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen (15) days

26
27

1

28

of the date of service.  More than fifteen days have passed and no party has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a d*e novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations issued February 14, 2014, are adopted in full;

2.   Plaintiff's Motion to Remand is GRANTED;

3.   All pending motions are to be terminated;

4.   This action is remanded to Calaveras County Superior Court for all further proceedings;

5.   Plaintiff is awarded $2,520 in attorneys' fees incurred as a result of improper removal;

6.   The Clerk of the Court is directed to close this case; and

7.   This order terminates this action in its entirety.

IT IS SO ORDERED.

Dated:   **March 11, 2014**                    **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE

2